IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01909-MSK-MEH

CHRIS BOOKER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LEGEND ENERGY SERVICES, LLC,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2016.**

    The Stipulated Motion for Entry of Protective Order [filed March 21, 2016; docket #26] is **granted**. The parties' Protective Order is accepted and filed contemporaneously with this minute order.